IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                              **PLAINTIFF**

**V.**                      **CASE NO. 4:25-cv-00674-JM**

**JEFFERSON COMPREHENSIVE CARE CLINIC; DR. QUINSMOZINE,** Jefferson Comprehensive Care Clinic; **DR. KATHY WOODS,** Jefferson Comprehensive Care Clinic                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE